**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
ADHI PARASAKTHI CHARITABLE,          :
MEDICAL, EDUCATIONAL, AND            :
CULTURAL SOCIETY OF NORTH AMERICA    :    CIVIL ACTION
                                     :
            Plaintiff,               :    No. 09-cv-1626
                                     :
      v.                             :
                                     :
TOWNSHIP OF WEST PIKELAND,           :
                                     :
            Defendant.               :
```

**ORDER**

AND NOW, this    13th    day of January, 2010, upon

consideration of Plaintiff's Motion for Protective Order and to

Quash Nine Subpoenas (Doc. No. 29) and response thereto,

Defendant's Motion to Enforce Subpoenas (Doc. No. 30) and

response thereto, and Defendant's Motion to Overrule Objections

and Compel Additional Discovery Responses (Doc. No. 28) and

responses thereto, it is hereby ORDERED, for the reasons set

forth in the attached Memorandum, that Plaintiff's Motion is

DENIED, Defendant's Motion to Enforce Subpoenas is DENIED, and

Defendant's Motion to Compel Additional Discovery Responses is

GRANTED.  It is further ORDERED that Plaintiff shall have thirty

(30) days to provide satisfactory answers to Defendant's

Interrogatories and to produce the documents requested by

Defendant.  Following receipt of Plaintiff's answers and

responses, Defendant shall have thirty (30) days to complete

depositions or to return to this Court with any Motion for

Sanctions pursuant to Federal Rule of Civil Procedure 37(b).

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.