# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADHI PARASAKTHI CHARITABLE, MEDICAL, EDUCATIONAL, AND CULTURAL SOCIETY OF NORTH AMERICA, | : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 09-cv-1626 |
| v. | : : | |
| TOWNSHIP OF WEST PIKELAND, | : : | |
| Defendant. | : | |

## ORDER

AND NOW, this 16th day of March, 2010, upon consideration of Defendant's Motion to Enforce the Court's January 13, 2010 Memorandum and Order (Doc. No. 39) and responses thereto, it is hereby ORDERED that the Motion is GRANTED in part and DENIED in part. It is further ORDERED as follows:

1. Plaintiff is hereby prevented from presenting evidence at trial relating to any actual damages suffered from the events contained in the Complaint;

2. Plaintiff is ordered to provide a complete answer to Interrogatory 7, as more fully detailed in the attached Memorandum;

3. Plaintiff is ordered to provide the sizes of the temples and deities requested by Defendant in Interrogatories 13 and 14;

4. Plaintiff shall not again alter its answers to Interrogatories 15, 20, or 25;

5. Plaintiff shall allow Defendant to inspect documents and electronically stored information within its possession as provided for in Federal Rule of Civil Procedure 34, as more fully outlined in the attached Memorandum;

6. Plaintiff shall provide the specific documents referenced during depositions of Plaintiff's witnesses if they are in Plaintiff's possession, and if not, Plaintiff is hereby ordered to undertake reasonable efforts to obtain these documents from its witnesses and then provide these documents to Defendant. Should Plaintiff be unable to obtain these documents, it shall inform both Defendant and this Court of the steps that it took to obtain the documents;

7. Plaintiff is hereby ordered to pay Defendant's "reasonable expenses, including attorney's fees," in connection with the filing of the instant Motion.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.