# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADHI PARASAKTHI CHARITABLE, MEDICAL, EDUCATIONAL, AND CULTURAL SOCIETY OF NORTH AMERICA, : | CIVIL ACTION |
| Plaintiff, : | No. 09-cv-1626 |
| v. : | |
| TOWNSHIP OF WEST PIKELAND, : | |
| Defendant. : | |

## ORDER

AND NOW, this 17th day of March, 2010, upon consideration of Plaintiff's Motion to Compel Discovery (Doc. No. 41) and responses thereto, it is hereby ORDERED that the Motion is GRANTED in that Defendant shall provide an additional response to Plaintiff's Second Document Request 1 and to Plaintiff's requests for electronic discovery, as outlined in the attached Memorandum.  In all other respects, Plaintiff's Motion is DENIED.


BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.